UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH WALTON,

    Plaintiff,

v.

UNKNOWN MEEHAN,

    Defendant.

_____/

Case No. 2:22-cv-14

HON. JANE M. BECKERING

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a Motion for Summary Judgment (ECF No. 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 23) on April 10, 2023, recommending that this Court dismiss this case based on Plaintiff's failure to prosecute his claim. Alternatively, the Magistrate Judge recommended that this Court dismiss this case because there are no genuine issues of material fact with respect to the causal element of Plaintiff's retaliation claim. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is DISMISSED based on Plaintiff's failure to prosecute his claim.

2

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: May 9, 2023　　　　　　　　　　　　　　　　/s/ Jane M. Beckering
　　　　　　　　　　　　　　　　　　　　　　　　JANE M. BECKERING
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge